SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
OTIS MCGEE, JR. Cal. Bar No. 71885
omcgee@sheppardmullin.com
ADAM J. TULLMAN, Cal. Bar No. 235694
atullman@sheppardmullin.com
ELISE K. SARA, Cal. Bar No. 253813
esara@sheppardmillin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendants
QWEST CORPORATION;
QWEST COMMUNICATIONS
INTERNATIONAL, INC.

***E-FILED - 7/16/09***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANINE LAPPIN, RANDY TREVINO,<br><br>            Plaintiffs,<br><br>     v.<br><br>QWEST CORPORATION; QWEST COMMUNICATIONS INTERNATIONAL, INC.,<br><br>            Defendants. | Case No. CV 09 0905 RMW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1         Defendants Qwest Corporation and Qwest Communications International, Inc. (collectively "Qwest") and Plaintiffs Janine Lappin and Randy Trevino, by and through their respective counsel of record, stipulate and agree as follows:

        **WHEREAS,** the Case Management Conference in this matter is currently set for July 31, 2009 at 10:30 a.m.;

        **WHEREAS,** the Joint Case Management Conference Statement in this matter is currently due on July 24, 2009;

        **WHEREAS,** Northern District of California Civil Local Rule 16-10(a) requires lead trial counsel to appear at the Case Management Conference;

        **WHEREAS,** Qwest's lead trial counsel, Otis McGee, Jr., has a scheduling conflict that prevents him from attending the Case Management Conference currently schedule for July 31, 2009 at 10:30 a.m.;

        **WHEREAS,** Plaintiffs' counsel has agreed to continue the date of the Case Management Conference in light of Qwest's counsel's scheduling conflict;

        **WHEREAS,** the Court has informed Qwest's counsel that the Court can conduct the Case Management Conference on August 21, 2009 at 10:30 a.m.;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the Case Management Conference currently set for July 31, 2009 at 10:30 a.m. may be continued to August 21, 2009 at 10:30 a.m.

Dated: July 15, 2009

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By     */s/ Elise K. Sara*
             OTIS MCGEE, JR.
             ELISE K. SARA
             Attorneys for Defendants
             QWEST CORPORATION;
             QWEST COMMUNICATIONS INTERNATIONAL, INC.

Dated: July 15, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Louis Highman*
LOUIS HIGHMAN
Attorneys for Plaintiffs
JANINE LAPPIN;
RANDY TREVINO

### ORDER

GOOD CAUSE APPEARING THEREFOR, the foregoing Stipulation is hereby approved. The Case Management Conference currently scheduled for July 31, 2009 at 10:30 a.m., is hereby continued to August 21, 2009, at 10:30 a.m., in Courtroom 6, Fourth Floor, of this Court. The Joint Case Management Conference Statement is due on August 14, 2009.

IT IS SO ORDERED.

Dated: July 16, 2009

*[signature: Ronald M. Whyte]*

HON. RONALD M. WHYTE
United States District Judge