LOUIS A. HIGHMAN, State Bar No. 61703
BRUCE J. HIGHMAN, State Bar No. 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco,CA 94l02
Telephone: (4l5) 982-5563

CHRISTOPHER P. SCHLIES, State Bar No. 90885
Attorney at Law
699 Peters Ave., Suite B
Pleasanton, CA 94566
Telephone: (925) 462-0444

Attorneys for Plaintiffs Janine Lappin and Randy Trevino


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
OTIS MCGEE, ESQ., CA. Bar No. 71885
ADAM J. TULLMAN, CA Bar No. 235694
ELISE K. SARA, CA Bar No. 253813

Attorneys for Defendants
QWEST CORPORATION;
QWEST COMMUNICATIONS INTERNATIONAL, INC.

*E-FILED - 11/17/09*

In the United States District Court

In and for the Northern District of California

San Jose Division

| | |
|---|---|
| JANINE LAPPIN, RANDY TREVINO, | Civ. No. 09 0905 RMW |
| Plaintiffs, | STIPULATION TO CONTINUE ENE COMPLETION DATE AND [ ORDER] |
| -v- | |
| QWEST CORPORATION; QWEST COMMUNICATIONS INTERNATIONAL, INC. | |
| Defendants. | |

All parties to the above-entitled action, by and through their respective attorneys, hereby stipulate to

| | |
|---|---|
| 1 | continue the ENE completion date in the above-referenced |
| 2 | matter to December 31, 2009.  The trial of this matter is not |
| 3 | until November 1, 2009.  The reason for the continuance in |
| 4 | the date for completion of the ENE is that it has been |
| 5 | difficult to coordinate all parties' and the neutral |
| 6 | evaluator's schedules, and also the extension will allow the |
| 7 | parties to do some additional discovery prior to the ENE. |
| 8 | The parties already had a pre-litigation mediation which did |
| 9 | not succeed in resolving the matter, so the additional time |
| 10 | to complete the ENE, and complete some additional discovery |
| 11 | prior thereto, will hopefully be helpful in facilitating |
| 12 | resolution of this matter. |

Dated: 10-27-2009          HIGHMAN, HIGHMAN & BALL


                           By:___/s/_Louis A. Highman

                                Louis A. Highman
                                Attorneys for Plaintiffs
                                JANINE LAPPIN AND RANDY
                                TREVINO

Dated: 10-27-2009          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                           By:___/s/_Otis McGee

                                Otis McGee
                                Attorneys for Defendants
                                QWEST CORPORATION AND
                                QWEST COMMUNICATIONS
                                INTERNATIONAL, INC.

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED THAT the ENE completion date in the above-referenced matter is extended until December 31, 2009.

Dated: 11/17/09  _____  /s/ Ronald M. Whyte
UNITED STATES DISTRICT JUDGE