| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | SUSAN J. HARRIMAN - #111703 |
| 2 | LAURIE CARR MIMS - #241584 |
| | 710 Sansome Street |
| 3 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 4 | Facsimile: (415) 397-7188 |
| | sharriman@kvn.com |
| 5 | lmims@kvn.com |
| 6 | Attorneys for Defendants |
| | QWEST CORPORATION; |
| 7 | QWEST COMMUNICATIONS INTERNATIONAL, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JANINE LAPPIN, RANDY TREVINO | Case No. 09-cv-00905-RMW (PVT) |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING DISCOVERY AND EXPERT DEADLINES** |
| v. | Complaint filed: March 2, 2009 |
| QWEST CORPORATION; QWEST COMMUNICATIONS INTERNATIONAL, INC., | Trial Date: November 1, 2010 |
| Defendants. | |

| | |
|---|---|
| 1 | <u>STIPULATION</u> |
| 2 | WHEREAS, the Case Management Order dated November 17, 2009 sets the expert |
| 3 | disclosure deadline for May 3, 2010, the non-expert discovery deadline for May 17, 2010 and the |
| 4 | expert discovery deadline for June 17, 2010; |
| 5 | WHEREAS, all parties are still in the process of collecting and producing relevant |
| 6 | documents and information, and key depositions remain to be taken; |
| 7 | WHEREAS, Keker & Van Nest LLP recently substituted in as counsel of record for the |
| 8 | Qwest Defendants on March 30, 2010 and needs additional time to become familiar with the |
| 9 | documents and issues in this case; |
| 10 | WHEREAS, the parties agree that thirty (30) additional days are necessary to complete |
| 11 | non-expert discovery and for experts to prepare reports based on that discovery; |
| 12 | WHEREAS, the parties also agree that neither the summary judgment hearing date of |
| 13 | July 30, 2010 nor the trial date of November 1, 2010 need to be changed to accommodate the |
| 14 | desired extension of discovery and expert deadlines; |
| 15 | NOW THEREFORE, IT IS HEREBY STIPULATED that: |
| 16 | 1. The date by which the parties must disclose expert witnesses shall be extended to |
| 17 | June 3, 2010; |
| 18 | 2. The date by which non-expert discovery must be completed shall be extended to June |
| 19 | 17, 2010; and |
| 20 | 3. The date by which expert discovery must be completed shall be extended to July 16, |
| 21 | 2010; and |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1      4. All other dates and deadlines set forth in the Case Management Order dated
2 November 17, 2009 shall remain unchanged.
3
4 IT IS SO STIPULATED.
5
6 Dated: April 5, 2010            KEKER & VAN NEST LLP

By:    */s/ Laurie Carr Mims*
       SUSAN J. HARRIMAN
       LAURIE CARR MIMS
       Attorneys for Defendants
       QWEST CORPORATION; QWEST
       COMMUNICATIONS INTERNATIONAL, INC.

Dated: April 5, 2010            HIGHMAN, HIGHMAN & BALL

By:    */s/ Louis A. Highman*
       LOUIS A. HIGHMAN
       BRUCE J. HIGHMAN
       Attorneys for Plaintiffs
       JANINE LAPPIN and RANDY TREVINO

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    April 6, 2010            /s/ Patricia V. Trumbull
                                           HONORABLE PATRICIA V. TRUMBULL
                                           UNITED STATES MAGISTRATE JUDGE