KEKER & VAN NEST LLP
SUSAN J. HARRIMAN, SBN 111703
LAURIE CARR MIMS, SBN 241584
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: sharriman@kvn.com
lmims@kvn.com

Attorneys for Defendants
QWEST CORPORATION; QWEST
COMMUNICATIONS INTERNATIONAL, INC.

LOUIS HIGHMAN, SBN 61703
BRUCE J. HIGHMAN, SBN 101760
HIGHMAN, HIGHMAN & BALL
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: 415.982.5563
Fax: 415.982.5202
Email: attorneys@highman-ball.com

Attorneys for Plaintiffs
JANINE LAPPIN; RANDY TREVINO

*E-FILED - 6/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANINE LAPPIN, RANDY TREVINO, <br><br>Plaintiffs,<br><br>v.<br><br>QWEST CORPORATION; QWEST COMMUNICATIONS INTERNATIONAL, INC., <br><br>Defendants. | Case No. 09-CV-00905-RMW <br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** xxxxxxxxxxx **ORDER** <br><br>(F.R.Civ.P. Rule 41(a) (1)) |

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), plaintiffs Janine Lappin and

1

Stipulation for Dismissal with Prejudice--
Case No. 09-CV-00905-RMW

```
 1  Randy Trevino, and defendants Qwest Corporation and Qwest Communications
 2  International, Inc. (all of the parties in the above-entitled action), by and through their
 3  respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety
 4  with prejudice. None of the parties will seek a court award for attorneys' fees and costs.
 5  SO STIPULATED:
 6
 7  DATED: June 1, 2010.                     LOUIS A. HIGHMAN
                                             BRUCE J. HIGHMAN
 8                                           HIGHMAN, HIGHMAN & BALL
 9
                                             By /s/ Louis A. Highman
10                                           Attorneys for Plaintiffs
11                                           JANINE LAPPIN, RANDY TREVINO

12  DATED: June 1, 2010.                    SUSAN J. HARRIMAN
                                            LAURIE CARR MIMS
13                                          KEKER & VAN NEST PORTER
14
15                                          By /s/ Susan J. Harriman
                                            Attorneys for
16                                          Defendants QWEST CORPORATION,
                                            QWEST COMMUNICATIONS
17                                          INTERNATIONAL, INC.
18
19                              ORDER
20       Good cause appearing therefor, IT IS SO ORDERED.
21
22  DATED: 6/23, 2010.
                                            Ronald M. Whyte
23                                          HON. RONALD M. WHYTE
                                            U.S. DISTRICT JUDGE
24
25
26
27
28
                                      2
    Stipulation for Dismissal with Prejudice--
    Case No. 09-CV-00905-RMW
```